**SIGNED.**

Dated: February 16, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| MICHAEL ESCARCEGA and JENNIFER ESCARCEGA, | No. 4:-09-bk-16064-JMM |
| Debtors. | Adversary No. 4:09-ap-00812-JMM |
| MICHAEL ESCARCEGA and JENNIFER ESCARCEGA, | **ORDER** |
| Plaintiffs, | |
| vs. | |
| E-TRADE, | |
| Defendant. | |

    The Plaintiffs have filed a Complaint to Determine the Extent and Validity of E-Trade Lien (DN. 1). However, the Plaintiffs have not properly served this corporation (DN 4).

    FED R. BANKR. P. 7004(b)(3) provides that service upon a corporation shall be made upon a statutory agent, an officer, a managing or general agent or other agent authorized to receive service of process. Plaintiffs' summons, complaint and application for entry of default were served at the domestic or "drop box" address of E-Trade. Service by mail was not made on the statutory agent nor a specified corporate officer. Nor is the court persuaded that the party upon whom the summons, complaint and application for entry of default was served actually received it, or was authorized to receive service for the corporation. Merely addressing an envelope to a generic "agent, officer or director" does not satisfy due process. This service is important because of the gravity of the relief requested.

| | |
|---|---|
| 1 | The court finds that the summons and complaint were not served in accordance with |
| 2 | FED R. BANKR. P. 7004(b)(3). Counsel should endeavor to properly serve the pleadings. |
| 3 | Accordingly, |
| 4 | IT IS ORDERED that the entry of a default judgment is DENIED, without prejudice. |
| 6 | DATED AND SIGNED ABOVE. |

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Kathryn L. Johnson, Attorney for Debtors/Plaintiffs

Office of the U.S. Trustee